**Opinion issued October 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――――

## NO. 01-15-00348-CV

―――――――――――――――

## DAVID COLE D/B/A FINANCIAL FUNDING GROUP, Appellant

## V.

## HUNG NGUYEN, Appellee

―――――――――――――――

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-65954**

―――――――――――――――

## MEMORANDUM OPINION

Appellant, David Cole d/b/a Financial Funding Group, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013), 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-district Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.